UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DESHAWN WRIGHT #84069-509** | **CASE NO. 1:25-CV-00690 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **K GOLDEY ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), and after an independent review of the record, determining that the findings are correct under the applicable law, no objections thereto having been filed,

**IT IS ORDERED** that Wright's request for injunctive relief (ECF No. 1) is **DENIED**.

**MONROE, LOUISIANA**, this 30th day of June, 2025.

_____
Terry A. Doughty
United States District Judge