UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DESHAWN WRIGHT #84069-509**         **CASE NO.  1:25-CV-00690 SEC P**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**K GOLDEY ET AL**                    **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 15], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Deshawn Wright's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order to amend his complaint [Doc. No. 14].

MONROE, LOUISIANA, this 6th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE